FILED
JAN 2 2 2007 NF
JAN 22 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

LA MERCED PRODUCE, LLC,

Plaintiff,

v.

DELRAY FARMS, LLC, and CONSTANTINE S. MIHAS, TIM GRABAR, and STEFAN KALUZNY, in their individual capacities,

Defendants.

07CV392
JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

## COMPLAINT

For its Complaint, La Merced Produce, LLC, respectfully states as follows:

## THE PARTIES

1. Plaintiff is La Merced Produce, LLC ("Plaintiff"), which maintains offices in Forest Park, Georgia.

2. Plaintiff sells wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce.

3. Defendants are:

a) Delray Farms, LLC ("Company"), an entity that purchased and/or sold Produce in wholesale or jobbing quantities, which maintains offices in Chicago, Illinois;

b) Constantine S. Mihas ("Mihas"), in his individual capacity, and a person in a position to control the Company;

c) Tim Grabar ("Grabar"), in his individual capacity, and a person in a position to control the Company; and,

d) Stefan Kaluzny ("Kaluzny"), in his individual capacity, and a person in a position to control the Company.

(Mihas, Grabar and Kaluzny are collectively referred to as the "Principals") (The Company and Principals are collectively referred to as "Defendants")

## JURISDICTION AND VENUE

4. The District Court has jurisdiction over this civil action arising under § 5(c)(5) of the Perishable Agriculture Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(5), pursuant to 28 U.S.C. § 1331. The Court has supplemental jurisdiction over Plaintiff's other claims pursuant to 28 U.S.C. § 1367(a).

5. Venue in this District is based on 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

## FACTUAL ALLEGATIONS

6. Plaintiff sold to Defendants and Defendants purchased from Plaintiff, Produce having a current total aggregate value in the amount of $100,396.17[1] plus further interest and collection costs, including attorney's fees.

7. The Produce identified above was sold pursuant to the invoices issued by Plaintiff summarized in the charts attached hereto as Group Exhibit A.

8. Defendants received from the Plaintiff the invoices referenced in paragraph 7.

9. The Plaintiff sent to Defendants, and Defendants received and accepted, the Produce identified in the invoices referenced in paragraph 7.

10. Defendants failed to pay the Plaintiff for its Produce despite repeated written demands.

11. Plaintiff is an unpaid supplier or seller of Produce having sold Produce to Defendants for which Plaintiff remains unpaid.

---

[1] All references to this amount include interest and estimated collection costs as itemized with current invoice balance in the charts attached in Group Exhibit A.

12. Plaintiff operated its business under a valid PACA license issued by the United States Department of Agriculture ("USDA") and its invoices contained the required statutory language and were sent to Defendants within the statutory time limits, sufficient to preserve Plaintiff's PACA trust rights.

13. Defendants operated the business under a PACA license issued by the USDA that was valid at the times Defendants purchased Produce from Plaintiff or engaged in sufficient Produce transactions to be subject to PACA.

14. Pursuant to PACA, 7 U.S.C. § 499e(c), Plaintiff is a beneficiary of a statutory trust *res* designed as a fund from which it can be assured payment. The trust became effective at the time Defendants first began accepting shipments of Produce.

**COUNT I.**

**ENFORCEMENT OF THE PACA TRUST**
**7 U.S.C. § 499e(c)(4)**

**The Defendants**

17. Plaintiff re-alleges paragraphs 1 through 14.

18. The Defendants are in possession, custody and control of PACA trust assets for the benefit of Plaintiff and other similarly situated PACA trust beneficiaries.

19. The Defendants failed to pay Plaintiff from the PACA trust assets for the shipments of Produce referenced in paragraph 7.

20. The Defendants failed to maintain sufficient trust assets to fully satisfy all qualified PACA trust claims such as the Plaintiff's unpaid claims asserted in this action.

21. As a direct result of the Defendants' failure to properly protect the PACA trust assets from dissipation, Plaintiff suffered damages, which are covered under the PACA trust in the current amount of $100,396.17.

22. Plaintiff seeks the entry of an Order directing the Defendants to immediately turn over to Plaintiff, as beneficiary of this trust, an amount of the PACA trust *res* equal to the sum of $100,396.17, plus further interest and collection costs, including attorney's fees.

**COUNT II.**

**BREACH OF CONTRACT**

The Company

23. Plaintiff re-alleges paragraphs 1 through 14.

24. Plaintiff and the Company entered into contracts under which Plaintiff agreed to sell the Produce and the Company agreed to purchase the Produce, referenced in paragraph 7 above.

25. The Company failed to pay for each shipment of Produce in the aggregate amount of $100,396.17.

26. Plaintiff seeks entry of an Order directing the Company to immediately pay the current sum of $100,396.17 to the Plaintiff, plus further interest and collection costs, including attorney's fees.

**COUNT III.**

**BREACH OF FIDUCIARY DUTY TO PACA TRUST BENEFICIARIES**

**The Principals**

27. Plaintiff realleges paragraphs 1 through 14.

28. At all times relevant to this action, the Principals were each persons in a position to control substantially all aspects of the Company's business undertakings.

29. At all times relevant to this action, the Principals were persons engaged in the business of buying or selling Produce.

30. Principals controlled and managed the Company's business operations and had control over the Company's financial dealings, including those involving the PACA trust assets.

31. Principals had full knowledge and responsibility for the handling of the Company's PACA trust undertakings.

32. Principals were statutory trustees of the PACA trust and were required to maintain the trust assets in such a manner as to ensure there were, at all times, sufficient trust assets to satisfy all outstanding PACA trust obligations such as that owed to Plaintiff. As trustees of the PACA trust, Principals each held a fiduciary relationship with Plaintiff.

33. Because Plaintiff's invoices have not been paid from PACA trust assets as its bills fell due, Plaintiff has reason to believe Principals dissipated the PACA trust or transferred trust assets to entities having claims which are subordinate to the Plaintiff's claims to the detriment of the Plaintiff and all other equally situated and properly qualified PACA trust beneficiaries. These acts constitute a defalcation on the part of Principals.

34. Principals continue to hold any and all PACA Trust assets having come into their individual possession as trustees for Plaintiff's beneficial interests in the PACA Trust.

35. Principals are each personally liable to Plaintiff, which liability is joint and several with any third parties having received any PACA trust assets with actual or constructive notice of the breach of the PACA trust, for the dissipation of the PACA trust to the extent of $100,396.17, plus further interest and collection costs, including attorney's fees, to be satisfied from the personal assets of the Principals.

**FOR THESE REASONS,** Plaintiff seeks the entry of an Order providing as follows:

A) As to Count I, directing the Defendants to assign, transfer, deliver and turn over to Plaintiff, or a designated escrow agent, all of the above described PACA trust assets sufficient to allow liquidation of such assets to the extent necessary to replenish the PACA trust to a sufficient level to satisfy any and all qualified PACA trust claims.

B) As to Count I, entering a Final Judgment in favor of Plaintiff and against the Defendants in the current amount of $100,396.17, plus further interest and collection costs, including attorney's fees, less any actual recovery on other Counts herein;

C) As to Count II, entering a Final Judgment in favor of Plaintiff and against the Company in the current amount of $100,396.17, plus further interest and collection costs, including attorney's fees, less any actual recovery on other Counts herein;

D) As to Count III, entering a Final Judgment in favor of Plaintiff and against Principals, finding that Principals' acts were a breach of their fiduciary duties to the PACA trust beneficiaries, resulting in a defalcation while acting in a fiduciary capacity, with damages to Plaintiff in the current amount of $100,396.17, plus further interest and collection costs, including attorney's fees, less any actual recovery on other Counts herein, and;

E) Providing such other relief this Honorable Court deems necessary.

Respectfully submitted,

LA MERCED PRODUCE, LLC

By: s/Gretchen Wehrenberg Stewart
One of Its Attorneys

David A. Adelman, Esq.
Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
1320 Tower Road
Schaumburg, IL 60173
Tel: 847/301-4341
Fax: 847/301-4342

**GROUP EXHIBIT A**

# PACA TRUST CHART

Claimant: La Merced Produce, L.L.C.
Date: 01/17/07

Debtor: Delray Farms-Gainsville
Terms: Net 10 + 1.5% per month + Collection Costs

| INVOICE NUMBER | DATE OF TRANSACTION | PAYMENT DUE | NOTICE DATE | ELAPSED DAYS | INVOICE AMOUNT | CURRENT BALANCE | ACCRUED INTEREST* | TRANSACTION TOTAL | TRUST AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23997 | 08/10/06 | 08/20/06 | 08/10/06 | 0 | $ 90.00 | $ 90.00 | $ 6.96 | $96.96 | $ 96.96 |
| 24358 | 08/17/06 | 08/27/06 | 08/17/06 | 0 | $ 210.00 | $ 210.00 | $ 16.23 | $226.23 | $ 226.23 |
| 25594 | 09/11/06 | 09/21/06 | 09/11/06 | 0 | $ 2,202.00 | $ 2,202.00 | $ 135.12 | $2,337.12 | $ 2,337.12 |
| 25754 | 09/14/06 | 09/24/06 | 09/14/06 | 0 | $ 2,878.50 | $ 2,878.50 | $ 176.63 | $3,055.13 | $ 3,055.13 |
| 25758 | 09/14/06 | 09/24/06 | 09/14/06 | 0 | $ 189.00 | $ 189.00 | $ 11.60 | $200.60 | $ 200.60 |
| 26057 | 09/21/06 | 10/01/06 | 09/21/06 | 0 | $ 2,234.00 | $ 2,234.00 | $ 102.05 | $2,336.05 | $ 2,336.05 |
| 26113 | 09/22/06 | 10/02/06 | 09/22/06 | 0 | $ 1,836.00 | $ 1,836.00 | $ 83.87 | $1,919.87 | $ 1,919.87 |
| 26227 | 09/25/06 | 10/05/06 | 09/25/06 | 0 | $ 1,935.00 | $ 1,935.00 | $ 88.39 | $2,023.39 | $ 2,023.39 |
| 26248 | 09/25/06 | 10/05/06 | 09/25/06 | 0 | $ 14.04 | $ 14.04 | $ 0.64 | $14.68 | $ 14.68 |
| 26260 | 09/25/06 | 10/05/06 | 09/25/06 | 0 | $ 1,800.00 | $ 1,800.00 | $ 82.22 | $1,882.22 | $ 1,882.22 |
| 26427 | 09/29/06 | 10/09/06 | 09/29/06 | 0 | $ 1,025.00 | $ 1,025.00 | $ 46.82 | $1,071.82 | $ 1,071.82 |
| 26514 | 10/02/06 | 10/12/06 | 10/02/06 | 0 | $ 4,454.00 | $ 4,454.00 | $ 203.45 | $4,657.45 | $ 4,657.45 |
| 26989 | 10/12/06 | 10/22/06 | 10/12/06 | 0 | $ 4,815.00 | $ 4,815.00 | $ 219.94 | $5,034.94 | $ 5,034.94 |
| 27338 | 10/19/06 | 10/29/06 | 10/19/06 | 0 | $ 6,111.50 | $ 6,111.50 | $ 279.16 | $6,390.66 | $ 6,390.66 |
| 27339 | 10/19/06 | 10/29/06 | 10/19/06 | 0 | $ 255.00 | $ 255.00 | $ 11.65 | $266.65 | $ 266.65 |
| 27381 | 10/20/06 | 10/30/06 | 10/20/06 | 0 | $ 480.00 | $ 480.00 | $ 14.51 | $494.51 | $ 494.51 |
| 27385 Credit | 10/20/06 | | | 0 | $ (450.00) | $ (450.00) | $ - | ($450.00) | $ (450.00) |
| | | | | | | | | | |
| Collection Costs** | | | | | | | | $2,500.00 | $2,500.00 |
| | | | | | | | | | |
| TOTALS | | | | | $ 30,079.04 | $ 30,079.04 | $ 1,479.23 | $ 34,058.27 | $ 34,058.27 |

*Interest calculated through the date set forth above
**Estimated Collection Costs

**PACA TRUST CHART**

Claimant: La Merced Produce, L.L.C.
Date: 01/17/07

Debtor: Delray Farms-Dalton
Terms: Net 10 + 1.5% per month + Collection Costs

| INVOICE NUMBER | DATE OF TRANSACTION | PAYMENT DUE | NOTICE DATE | ELAPSED DAYS | INVOICE AMOUNT | CURRENT BALANCE | ACCRUED INTEREST* | TRANSACTION TOTAL | TRUST AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22657 | 07/13/06 | 07/23/06 | 07/13/06 | 0 | $ 24.00 | $ 24.00 | $ 2.24 | $26.24 | $ 26.24 |
| 24354 | 08/17/06 | 08/27/06 | 08/17/06 | 0 | $ 438.00 | $ 438.00 | $ 33.85 | $471.85 | $ 471.85 |
| 24679 | 08/24/06 | 09/03/06 | 08/24/06 | 0 | $ 7,632.50 | $ 7,632.50 | $ 468.36 | $8,100.86 | $ 8,100.86 |
| 24900 | 09/07/06 | 09/17/06 | 09/07/06 | 0 | $ 30.00 | $ 30.00 | $ 1.84 | $31.84 | $ 31.84 |
| 25593 | 09/11/06 | 09/21/06 | 09/11/06 | 0 | $ 2,587.00 | $ 2,587.00 | $ 158.75 | $2,745.75 | $ 2,745.75 |
| 25595 | 09/11/06 | 09/21/06 | 09/11/06 | 0 | $ 150.00 | $ 150.00 | $ 9.20 | $159.20 | $ 159.20 |
| 25752 | 09/14/06 | 09/24/06 | 09/14/06 | 0 | $ 4,290.00 | $ 4,290.00 | $ 263.25 | $4,553.25 | $ 4,553.25 |
| 25757 | 09/14/06 | 09/24/06 | 09/14/06 | 0 | $ 189.00 | $ 189.00 | $ 11.60 | $200.60 | $ 200.60 |
| 25608 | 09/15/06 | 09/25/06 | 09/15/06 | 0 | $ 507.50 | $ 507.50 | $ 31.14 | $538.64 | $ 538.64 |
| 25806 | 09/15/06 | 09/25/06 | 09/15/06 | 0 | $ 1,189.00 | $ 1,189.00 | $ 72.96 | $1,261.96 | $ 1,261.96 |
| 26060 | 09/21/06 | 10/01/06 | 09/21/06 | 0 | $ 3,901.00 | $ 3,901.00 | $ 178.19 | $4,079.19 | $ 4,079.19 |
| 26121 | 09/22/06 | 10/02/06 | 09/22/06 | 0 | $ 820.00 | $ 820.00 | $ 37.46 | $857.46 | $ 857.46 |
| 26226 | 09/25/06 | 10/05/06 | 09/25/06 | 0 | $ 1,772.00 | $ 1,772.00 | $ 80.94 | $1,852.94 | $ 1,852.94 |
| 26231 | 09/25/06 | 10/05/06 | 09/25/06 | 0 | $ 934.00 | $ 934.00 | $ 42.66 | $976.66 | $ 976.66 |
| 26373 | 09/28/06 | 10/08/06 | 09/28/06 | 0 | $ 5,841.25 | $ 5,841.25 | $ 266.82 | $6,108.07 | $ 6,108.07 |
| 26379 | 09/28/06 | 10/08/06 | 09/28/06 | 0 | $ 250.00 | $ 250.00 | $ 11.42 | $261.42 | $ 261.42 |
| 26426 | 09/29/06 | 10/09/06 | 09/29/06 | 0 | $ 1,064.00 | $ 1,064.00 | $ 48.60 | $1,112.60 | $ 1,112.60 |
| 26469 | 09/30/06 | 10/10/06 | 09/30/06 | 0 | $ 2,000.00 | $ 2,000.00 | $ 91.36 | $2,091.36 | $ 2,091.36 |
| 26503 | 10/02/06 | 10/12/06 | 10/02/06 | 0 | $ 5,411.00 | $ 5,411.00 | $ 247.17 | $5,658.17 | $ 5,658.17 |
| 26640 | 10/05/06 | 10/15/06 | 10/05/06 | 0 | $ 6,707.50 | $ 6,707.50 | $ 306.39 | $7,013.89 | $ 7,013.89 |
| 26743 | 10/07/06 | 10/17/06 | 10/07/06 | 0 | $ 930.00 | $ 930.00 | $ 42.48 | $972.48 | $ 972.48 |
| 26990 | 10/22/06 | 11/01/06 | 10/22/06 | 0 | $ 5,326.00 | $ 5,326.00 | $ 160.98 | $5,486.98 | $ 5,486.98 |
| 27000 | 10/12/06 | 10/22/06 | 10/12/06 | 0 | $ 19.00 | $ 19.00 | $ 0.87 | $19.87 | $ 19.87 |
| 27091 | 10/14/06 | 10/24/06 | 10/14/06 | 0 | $ 690.00 | $ 690.00 | $ 31.52 | $721.52 | $ 721.52 |
| 27337 | 10/19/06 | 10/29/06 | 10/19/06 | 0 | $ 6,740.00 | $ 6,740.00 | $ 307.87 | $7,047.87 | $ 7,047.87 |
| 27382 | 10/20/06 | 10/30/06 | 10/20/06 | 0 | $ 640.00 | $ 640.00 | $ 19.34 | $659.34 | $ 659.34 |
| 27386 Credit | 10/20/06 | | | 0 | $ (600.00) | $ (600.00) | $ - | ($600.00) | $ (600.00) |
| 27442 | 10/21/06 | 10/31/06 | 10/21/06 | 0 | $ 1,386.00 | $ 1,386.00 | $ 41.89 | $1,427.89 | $ 1,427.89 |
| | | | | | | | | | |
| Collection Costs** | | | | | | | | $2,500.00 | $2,500.00 |
| | | | | | | | | | |
| **TOTALS** | | | | | **$ 60,868.75** | **$ 60,868.75** | **$ 2,969.15** | **$ 66,337.90** | **$ 66,337.90** |

*Interest calculated through the date set forth above
**Estimated Collection Costs